NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ENHANCED SECURITY RESEARCH, LLC,**
*Plaintiff-Appellant,*

v.

**CISCO SYSTEMS, INC. AND 3COM CORPORATION,**
*Defendants-Appellees,*

**and**

**CHECK POINT SOFTWARE TECHNOLOGIES, LTD., AND CHECK POINT SOFTWARE TECHNOLOGIES INC.,**
*Defendants-Appellees,*

**and**

**FORTINET, INC.,**
*Defendant-Appellee,*

**and**

**INTERNATIONAL BUSINESS MACHINES CORPORATION, NOKIA CORPORATION, AND NOKIA INC.,**
*Defendants-Appellees,*

**and**

**SONICWALL, INC.,**
*Defendant-Appellee,*

**and**

**SOURCEFIRE, INC.,**
*Defendant-Appellee,*

and

**JUNIPER NETWORKS, INC.,**
*Defendant-Appellee.*

_____

2010-1436, -1437

_____

Appeal from the United States District Court for the District of Delaware in case nos. 09-CV-0390 and 09-CV-0871, Judge Joseph J. Farnan, Jr.

_____

**ON MOTION**

_____

Before SCHALL, *Circuit Judge.*

**ORDER**

Security Research Holdings LLC moves for leave to file a brief amicus curiae in support of Enhanced Security Research, LLC. Juniper Networks, Inc. and SonicWALL, Inc. oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**NOV   1 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 1 2010

JAN HORBALY
CLERK

cc:  Sara A. Poulos, Esq.
     Henry B. Gutman, Esq.
     Edward John Defranco, Esq.
     Stefani E. Shanberg, Esq.
     Holmes J. Hawkins, III, Esq.
     Daryl L. Joseffer, Esq.
     Colby B. Springer, Esq.
     Alexander J. Hadjis, Esq.
     Jonathan S. Kagan, Esq.

s19